IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM BRANDON CUMMINGS**, | ) | CIVIL ACTION NO. **23-1933** |
| | ) | |
| Plaintiff, | ) | JUDGE JOY FLOWERS CONTI |
| | ) | MAGISTRATE JUDGE MAUREEN |
| | ) | KELLY |
| | ) | |
| v. | ) | |
| | ) | |
| **G.K.REPOSKY, et al.**, | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER OF COURT

AND NOW, this –th day of June, 2024, in accordance with the memorandum opinion, the magistrate judge's report and recommendation (ECF No. 8) is adopted as the opinion of the court, as supplemented in the opinion. Civil No. 23-1933 shall be marked closed for failure to prosecute and the motion for appointment of counsel (ECF No. 3) is denied as moot.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE

1